NUMBER 13-09-00174-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

F. J. K.
ENTERPRISES, LTD. CO., EXPRESS 

CARRIERS, L.P., EXPRESS CARRIERS 

MANAGEMENT, L.L.C., NOLBERTO 

BLANCO, KYLE KAUPERT ENTERPRISES, L.L.C.


AND JUAN ROBERTO RAMIREZ,                                            Appellants,

 

                                                             v.

 

HIPOLITO GONZALEZ AND ISSAC
GONZALEZ,                   Appellees.

____________________________________________________________

 

                           On
appeal from the 365th District Court  

                                      of
Maverick County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

Before Justices Yañez, Rodriguez, and
Garza

Memorandum Opinion
Per Curiam

 








The
parties to this appeal have filed a joint motion to reverse and vacate judgment. 
By their motion, the parties ask the Court to:  (1) reverse and vacate the
trial court’s judgment; (2) dismiss the appeal; (3) tax costs against the party
incurring same; and (4) release the appellants’ surety, Hudson Insurance
Company, from any further obligation on the supersedeas bond filed by
appellants.   

The
Court has considered the motion and it is the Court=s opinion that the motion should be granted in part and denied
in part.[1] 
Accordingly, without regard to the merits, we vacate the trial court=s judgment, and remand the case to the trial court for
rendition of judgment in accordance with the parties= settlement agreement.  See Tex. R. App. P. 42.1(a)(2)(B);
43.2(d).  

The parties
request that the Court release the appellants’ surety, Hudson Insurance
Company, from any further obligation on the supersedeas bond filed by
appellants.  The request is GRANTED.  We hereby release the appellants’ surety,
Hudson Insurance Company, from any further obligation on the supersedeas bond
filed by appellants.

In
accordance with the agreement of the parties, costs are taxed against the party
incurring same. See Tex. R. App.
P. 42.1(d).

 

PER
CURIAM

Delivered and filed the

15th day of July, 2010.










[1]Rule 42.1(a)(2)
permits the Court to render judgment effectuating the parties= agreements or
to vacate the trial court=s judgment and remand
the case to the trial court for rendition of judgment in accordance with the
agreement; we cannot do both.  See Tex.
R. App. P. 42.1(a)(2)(A),(B).  The parties have asked us to dismiss the
appeal.  We cannot both vacate the trial court’s judgment and dismiss the
appeal.  See Tex. R. App. P.
42.1(a)(2)(B); 43.2(d), (f).